UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-00955-KK-SPx** | Date: | August 3, 2026 |
| Title: | ***Stanley Liu v. Judy Chang et al.*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On February 27, 2026, plaintiff Stanley Liu ("Plaintiff") filed the operative Complaint against defendant Judy Chang ("Defendant"), asserting claims arising out of Plaintiff's alleged loan of funds to Defendant. ECF Docket No. ("Dkt.") 2, Complaint.

On July 2, 2026, the Court issued an Order Setting Scheduling Conference, requiring the parties "to confer on a discovery plan not later than twenty-one (21) days before the scheduling conference" and to file a Joint Rule 26(f) Report by July 30, 2026. Dkt. 16 at 1-2. The Court warned the parties that failure "to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions." Id.

To date, the parties have not filed a Joint Rule 26(f) Report. Rather, on July 30, 2026, Defendant's counsel submitted a declaration stating Plaintiff's counsel declined to participate in a Rule 26(f) conference and indicated Plaintiff has "decided to forego prosecuting this case." Dkt. 17, Declaration of Gregory N. Albright ¶¶ 3-5. Plaintiff thus appears to have forfeited prosecution of this case and to be in violation of the Court's July 2, 2026 Order.

///

///

///

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with Court orders. Plaintiff shall file a response **no later than seven (7) days** from the date of this Order. **Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**